## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-26-223-SLP |
| JESSE R. PENNINGTON, et al, | ) ) | |
| Defendants. | ) | |

## O R D E R

The Court record reflects that Defendant Terrascapes, LLC has filed a "Corporate Disclosure Statement" [Doc. No. 9] that fails to comply with the requirements of Fed. R. Civ. P. 7.1 and LCvR 7.1.1. The Court reminds counsel that a disclosure statement "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2); *see also* LCvR7.1.1 ("If any party has invoked federal jurisdiction on the basis of diversity of citizenship with the LLC or partnership, the disclosure statement shall also affirmatively state whether any of the members or partners are citizens of the adversary's alleged state of citizenship."); *Gerson v. Logan River Acad.*, 20 F.4th 1263, 1269 n. 2 (10th Cir. 2021) ("[W]here an LLC has, as one of its members, another LLC, the citizenship of unincorporated associations must be traced through however many layers of partners or members there may be to determine the citizenship of the LLC." (internal quotation marks and citation omitted)). Accordingly,

Defendant's Corporate Disclosure Statement [Doc. No. 9] is STRICKEN.  The Court DIRECTS Defendant Terrascapes, LLC to file a proper disclosure statement within seven (7) days of the date of this Order.

IT IS SO ORDERED this 2nd day of March, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

2